UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY STANDRIDGE, | No.  2:22-cv-1534 KJN P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF AMADOR, | |
| Defendant. | |

On December 12, 2022, defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff did not oppose the motion.

Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Id.  On September 20, 2022, plaintiff was advised of the requirements for filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.  (ECF No. 9.)

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Id.  In the order filed September 20, 2022, plaintiff was also advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

////

1

1    Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

2        **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
         to comply with these rules or a court order, a defendant may move to
3        dismiss the action or any claim against it.  Unless the dismissal order
         states otherwise, a dismissal under this subdivision (b) and any
4        dismissal not under this rule--except one for lack of jurisdiction,
         improper venue, or failure to join a party under Rule 19--operates as
5        an adjudication on the merits.

6    <u>Id.</u>

7        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date

8    of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file an

9    opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution;

10   and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order.

11   Such failure shall result in a recommendation that this action be dismissed pursuant to Federal

12   Rule of Civil Procedure 41(b).

13   Dated:  January 23, 2023

14

15                                                KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE
16   /stan1534.nop

17

18

19

20

21

22

23

24

25

26

27

28

                                    2